UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Grower Direct Nut Co., Inc.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>International Foodsource, LLC,<br><br>　　　　　Defendant. | Case No. 2:17-CV-00151KJM-AC<br><br>STIPULATION AND ORDER ALLOWING DEFENDANT TO EXCEED PAGE LIMIT FOR DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION AND DEFENDANT'S CROSS-MOTION<br><br>Hearing Date:　March 10, 2017<br>Time:　　　　　10:00 a.m.<br>Judge:　　　　Judge Kimberly J. Mueller<br>Dept.:　　　　Courtroom No. 3 |

　　　　Pursuant to Local Rules 143 and 230, DEFENDANT INTERNATIONAL FOODSOURCE, LLC and Plaintiff GROWER DIRECT NUT CO., INC., by and through their counsel of record, hereby stipulate and agree that Defendant may file a brief in excess of the twenty page limit set forth in Section 4(B) of this Court's Standing Order.  Defendant requests permission to exceed the twenty page limit because Defendant intends to combine its opposition to Plaintiff's Motion to Confirm the Arbitration Award, filed on February 9, 2017, with Defendant's Counter-Motion to Vacate the Arbitration Award.  Defendant anticipates filing a single brief that will not exceed twenty-five pages in opposition to Plaintiff's Motion to Confirm the Arbitration Award and in support of Defendant's Cross-Motion to Vacate the Arbitration Award.  Counsel for Plaintiff and Defendant have conferred and Plaintiff has agreed that Defendant may file a single brief in opposition of Plaintiff's motion and in support of Defendant's cross-motion that does not exceed twenty-five pages.

　　　　IT IS SO STIPULATED.

1562966.1

Stipulation And Order Allowing Defendant To Exceed Page Limit For Defendant's Opposition To Plaintiff's Motion And Defendant's Cross-Motion

| | |
|---|---|
| DATED: February 21, 2017 | WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP |

By: ____/s/  Matthew W. Powell____
MATTHEW W. POWELL
Attorney for Defendant INTERNATIONAL FOODSOURCE, LLC

DATED: February 21, 2017     LAW OFFICES OF PATRICK D. RIDDLE, P.C.

By: ____/s/  Patrick D. Riddle____
PATRICK D. RIDDLE
Attorneys for Plaintiff GROWER DIRECT NUT CO., INC

IT IS SO ORDERED.

DATED: February 23, 2017

_____
UNITED STATES DISTRICT JUDGE