UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GROWER DIRECT NUT CO., INC., | No. 2:17-cv-00151-KJM-AC |
| Plaintiff, | |
| v. | ORDER |
| INTERNATIONAL FOODSOURCE, LLC, | |
| Defendant. | |

On May 23, 2017, the parties in this case stipulated to dismiss this action with prejudice and to vacate the arbitration award entered on November 16, 2016 in the case *Grower Direct Nut Co., Inc. v. International Foodsource, LLC*, DFA No. 423. ECF No. 18. The parties stated that if asked, they would be willing to provide additional briefing on the propriety of vacating an arbitration award and a copy of the confidential settlement agreement to be reviewed *in camera. Id.* at 3.

The court takes the parties up on their offer, and ORDERS the parties provide additional briefing and a copy of the confidential settlement agreement within fourteen (14) days of this order.

IT IS SO ORDERED.

DATED: June 15, 2017.

UNITED STATES DISTRICT JUDGE

1